Anti-Age Technologies, LLC       )
                                       )

v.                                 )     Case No. 19-cv-2581
                                       )

THE PARTNERSHIPS and      )     Judge:  Hon. Manish S. Shah
UNINCORPORATED ASSOCIATIONS )
IDENTIFIED ON SCHEDULE "A,"   )     Magistrate: Hon. Sunil R. Harjani
                                       )

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Anti-Age Technologies, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe # | Marketplace | Seller Name | Seller ID |
|------:|-------------|-------------|-----------|
| 64 | amazon | UltraMyLife | A2G8B8W07BK8CQ |
| 73 | ebay | greenworld2014 | greenworld2014 |
| 84 | ebay | reflection9 | reflection9 |
| 126 | wish | pengdu369 | 56a848751a85c30f4a743b44 |
| 151 | wish | oktyabrsky | 5795c27a0711b828e2e56493 |
| 197 | wish | xiaocaotongzhuang | 58a2c01e86e7c75c6188f569 |
| 281 | wish | aiqiangyoudian | 592eac8420e1bf5cd2d79a07 |
| 329 | wish | sdfnuhrg | 59a2c8559fbc510df0d1f3b4 |

Dated: May 15, 2019

                               Respectfully submitted,

                           By:      _s/David Gulbransen/_____
                                    David Gulbransen
                                    Attorney of Record

                                    David Gulbransen (#6296646)
                                    Law Office of David Gulbransen
                                    805 Lake Street, Suite 172

Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com