| Anti-Age Technologies, LLC | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Case No. 19-cv-2581 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Manish S. Shah |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Hon. Sunil R. Harjani |
| | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Anti-Age Technologies, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe # | Seller Name | Seller ID |
| --- | --- | --- |
| 203 | womenvipshopping | 58a7c8487c47636ed8674b89 |
| 454 | fashionsisterjewelryshop | 5b07932fc721a96e2b172c04 |

Dated: June 24, 2019

Respectfully submitted,

By:   s/David Gulbransen/
     David Gulbransen
     Attorney of Record

     David Gulbransen (#6296646)
     Law Office of David Gulbransen
     805 Lake Street, Suite 172
     Oak Park, IL 60302
     (312) 361-0825 p.
     (312) 873-4377 f.
     david@gulbransenlaw.com