| Anti-Age Technologies, LLC | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Case No. 19-cv-2581 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Manish S. Shah |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Hon. Sunil R. Harjani |
| | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Anti-Age Technologies, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Store ID |
| --- | --- | --- |
| 103 | best_story | 54994973223ebf6960a84a9a |
| 357 | luobiaobiao | 5a155f405349207c40a7f76a |
| 396 | chenling5486 | 5ab77382b125ab56b24a2d5b |

Dated: July 14, 2019

                                        Respectfully submitted,

By:   s/David Gulbransen/
       David Gulbransen
       Attorney of Record

       David Gulbransen (#6296646)
       Law Office of David Gulbransen
       805 Lake Street, Suite 172
       Oak Park, IL 60302
       (312) 361-0825 p.
       (312) 873-4377 f.
       david@gulbransenlaw.com