# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANTI-AGE TECHNOLOGIES, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-2581 |
| | ) | |
| v. | ) | **Judge Manish S. Shah** |
| | ) | |
| | ) | **Magistrate Judge Sunil R. Harjani** |
| | ) | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF MOTION FOR SANCTION OF DISMISSAL WITH PREJUDICE

NOTICE OF MOTION TO: See attached list PLEASE TAKE NOTICE that on July 30, 2019, at 9:45 a.m., I will appear before the Honorable Manish S. Shah, or any judge sitting in that judge's place, in courtroom 1919 in the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the motion of Defendants 198, 257, 395 For Sanction of Dismissal with Prejudice, a copy of which is attached.

By: /s/ Amy Elizabeth Paluch Epton
Amy Elizabeth Paluch Epton
Defendants Does' 198,
257, 395 Attorney
438 E. 49th Street
Chicago Illinois 60615
(312) 823-4320
amy@epton.org

## CERTIFICATE OF SERVICE

  I, Amy Elizabeth Paluch Epton, certify under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on July 13, 2019 before 5:00 p.m.

  Via electronic service:

| | |
|---|---|
| David Lee Gulbransen, Jr. | Dustin S. Fisher |
| Law Offices of David Gulbransen | Judge, James, Hoban & Fisher |
| 805 Lake Street, Ste. 172 | 422 North Northwest Highway, |
| Oak Park Illinois 60301 | Ste. 200 |
| | Park Ridge, IL 60068 |

           By: /s/ Amy Elizabeth Paluch Epton

Amy Elizabeth Paluch Epton
Defendants Does' 198,
257, 395 Attorney
438 E. 49th Street
Chicago Illinois 60615 (312)
823-4320 amy@epton.org