| | | |
|---|---|---|
| Anti-Age Technologies, LLC | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-2581 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Manish S. Shah |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Hon. Sunil R. Harjani |
| | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Anti-Age Technologies, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Store ID |
|---|---|---|
| 179 | zhaohaofeng | 584833b3582efa13144a8364 |
| 121 | kinger | 5638f64ffc2b6466bd2db281 |
| 122 | hotsummer | 563e1dbb2e96622479e38e64 |
| 322 | xujuanshan | 59828fa29fbc51500e74b8fe |
| 323 | huhuxiao | 59840ce68ee78d74e3d4d368 |
| 239 | kennethewan999 | 58d8ec65ebdcec52c62e7a27 |
| 207 | jfbestfashion | 58b35bb1e678e0505f516d8d |
| 209 | glninecoltd | 58b4f4e4b9a8c0505b342b14 |
| 216 | doublehmountain | 58bce9d7dbe2ab504eb1835b |
| 217 | guangfengclothesfashion | 58be08b76e114a50e810a34c |

Dated: July 28, 2019

Respectfully submitted,

By: /s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172

Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com